17TH CENTRAL ARKANSAS DRUG TASK FORCE
AFFIDAVIT FOR WARRANT OF ARREST FOR THE FOLLOWING PERSON:

REGINA ANN ELLIOT-STOKES
W/F; DOB: 07/11/1972
489 FOSTER CHAPEL ROAD
SEARCY, AR 72143
SSN: 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

Pursuant to Rule 7.1 of the Arkansas Rules of Criminal Procedure, the undersigned affiant being duly sworn deposes and says that he has reason to believe that the above-named person on or about the 3RD day of December, 2024 has committed the offense:

**COUNT ONE**: Violating Arkansas Criminal Code 5-10-202 by unlawful **AGGRAVATED DEATH BY DELIVERY**, an unclassified Felony, in White County, Arkansas, against the peace and dignity of the State of Arkansas.

**COUNT TWO**: Violating Arkansas Criminal Code 5-64-443 by unlawful **POSSESSION OF DRUG PARAPHERNALIA**, a Class "A" Misdemeanor, in White County, Arkansas, against the peace and dignity of the State of Arkansas.

### FACTS CONSTITUTING REASONABLE CAUSE

On 12/03/2024, at approximately 9:40 p.m. White County Sheriff's Office responded to a 911 call from White County Telecommunications to 489 Foster Chapel Road for a suspected overdose. Aaron ANDERSON was transported to Unity Health via ambulance by NorthStar paramedics but was later pronounced deceased. CADTF Agents were contacted by the responding Deputies. Agent Cody Hulsey responded to Unity Health in Searcy.

On 12/04/2024 CADTF Agents identified and spoke with the 911 caller/complainant, Angelia Robertson who was on scene at the incident the night of the overdose. Robertson agreed to meet with Agent Cody Hulsey and Agent Laurel Sexton and provided a full statement at the Searcy Police Department pertaining to the overdose.

Robertson stated she met a pizza delivery driver (Kaylee) who was attempting to deliver a pizza to her neighbor, Regina STOKES, (489 Foster Chapel Road). Robertson stated she called STOKES and told her the pizza delivery was at her driveway. STOKES then stated the pizza was already paid for and asked her to walk up the driveway to her residence.

Robertson walked to STOKES residence and observed a male who appeared to be in medical distress laying partially outside the doorway of the camper. The male was later identified as Aaron Anderson (Deceased male). Robertson stated that Anderson appeared to have issues breathing and was covered in vomit. Robertson

JAN 1 7 2025    Page 1

17TH CENTRAL ARKANSAS DRUG TASK FORCE
AFFIDAVIT FOR WARRANT OF ARREST FOR THE FOLLOWING PERSON:

advised STOKES she was going to contact emergency services for help. STOKES told Robertson "he does this all the time" and "he is okay".

Robertson stated that shortly after she arrived at the residence, Brandon Stokes (REGINA's husband) arrived at the residence. Robertson stated during the course of the events she observed STOKES to begin to ingest/smoke a substance from a piece of aluminum foil. STOKES and Robertson then attempted to sit Anderson up and observed him to be gasping for air. After seeing the struggles from Anderson, Robertson contacted emergency services by calling 911. Robertson stated that after contacting emergency services, STOKES left, and she was unsure of where she went.

Robertson allowed Agents to see a text message thread in her cell phone from Regina STOKES on Tuesday 12/3/2024. In the thread Agents saw a message from STOKES at 8:44pm saying "U coming" "??" "Hey guess what I got a loaded foil ray left", "Bam Bam bitch bring ur ass baby" and then a photo of Anderson partially laying out the door of the camper. Robertson said she arrived at the camper sometime around 9:00 PM and Anderson was still in the same position.

Robertson told Agents, Aaron Anderson was accepted to Complete in Christ Rehab and was supposed to check in today (Wednesday, 12/4/2024) at 2:00PM.

On 12/4/2024 CADTF Agents along with Agents from Arkansas Community Corrections made contact with Brandon Stokes at 401 W Vine Ave in Searcy (Probation and Parole Office) Brandon Stokes was scheduled for a probation visit at 11:00 a.m. ACC Agents along with CADTF Agents went with Brandon STOKES to his address at 489 Foster Chapel Road for a probation visit.

During the search of the residence, ACC Agents and CADTF Agents located a syringe, and clear bag with an unknown white powdery substance residue lying on the bed. Agents also located a clear bag with a white crystal-like residue substance outside near the front door of the camper. Agent Hulsey then advised Brandon Stokes of his Miranda Rights to which he stated he understood. Brandon Stokes stated the items that were located did not belong to him.

On 12/4/2024 CADTF Agents located Regina STOKES walking near the M Star Hotel on E Race Ave. STOKES agreed to speak with Agents.

STOKES was read her Miranda Rights to which she stated she understood. STOKES said on Tuesday, her friend, Aaron Anderson came to her camper to visit. STOKES said Anderson smoked fentanyl from a piece of tin foil and fell partially out the door

17TH CENTRAL ARKANSAS DRUG TASK FORCE
AFFIDAVIT FOR WARRANT OF ARREST FOR THE FOLLOWING PERSON:

of the camper. STOKES said she took a picture of him with her phone.

STOKES said she smoked an amount of the same fentanyl on the tin foil the night before (Monday, 12/2/24) and overdosed but came back around. STOKES said she smoked a small amount of the same fentanyl with Anderson on Tuesday night when he overdosed.

STOKES said she walked in the woods after 911 was called and called Brandon Monday for a ride to the M Star Hotel in Searcy.

Agents looked in STOKES cell phone and located the photograph that she took of Anderson lying partially out the camper door. The thread between STOKES and Robertson appeared to have been deleted.

STOKES told Agents Anderson was supposed to check into rehab and came to her camper on Tuesday night to get high.

I swear the allegations contained herein are the truth, to the best of my knowledge, information and belief.

_____
Agent Laurel Sexton
17th Central Arkansas Drug Task Force
White County, AR

Subscribed and sworn to before me this 15th day of January, 2025.

by: _____
Notary

My commission expires 6-21-2027.

RECEIVED

JAN 1 7 2025

BY:_____