```
Page 1           17TH CENTRAL ARKANSAS DRUG TASK FORCE
                      Investigative Summary Report
```

Date: December 3rd, 2024
Case Number: DTF 24-12-006
Agent: Cody Hulsey
Copies to: File; Prosecuting Attorney

**DEFENDANTS**

1. ELLIOT-STOKES, Regina, W/F, 07/11/1972, 489 Foster Chapel Road, Searcy, AR 72143, AR State ID: 922410806, SS#: 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

**VEHICLE REGISTRATION**

N/A

**VIOLATIONS**

Aggravated Death by Delivery - A.C.A. § 5-10-202

Possession of Drug Paraphernalia - A.C.A. § 5-64-443

**DATE/TIME/PLACE**

12/03/2024, at approximately 9:40 p.m., 489 Foster Chapel Road, Searcy, White County

**DRUGS CONFISCATED**

Two clear bags with a white powdery substance/crystallized substance.

**WITNESSES**

WCSO Deputy Kole Malone,
WCSO Deputy Jeremy Edwards,
WCSO Sgt. Dan Jerry,
CADTF Agent Cody Hulsey,
CADTF Agent Laurel Sexton,
CADTF Agent Andrew Davis,
CADTF John Aska,
ACC Rodney Wright,
ACC Greg Firestone,

**DETAILS**

1. On December 3rd, 2024, at approximately 9:40 p.m., White County Sheriff's Office (WCSO) Deputies were dispatched to 489 Foster Chapel Road for a suspected fatal overdose.

File Number: DTF 24-12-006                               Crime: A/D/B/D

Page 2         **17TH CENTRAL ARKANSAS DRUG TASK FORCE**
               Investigative Summary Report

2. Deputies arrived and made contact with three individuals identified as Angelia Robertson (501-322-2615), Jason Hill, and Brandon Stokes (501-322-0114). Deputies were directed by individuals on scene to a male laying outside the camper trailer.

3. The male on the ground was identified as Aaron Anderson. Deputies asked what happened and were advised by individuals on scene that it was a suspected overdose. The individuals stated prior to the deputy's arrival, the male was breathing, however he appeared to be gasping for air.

4. Deputy Kole Malone administered Narcan to Anderson with negative results. Deputy Malone began CPR on Anderson until medical personnel with NorthStar EMS arrived on scene.

5. Medical personnel with NorthStar arrived and transported Anderson to the Unity Health emergency room in Searcy.

6. WCSO Sgt. Dan Jerry contacted Agent Cody Hulsey with the Central Arkansas Drug Task Force (CADTF) and advised him of the incident. Agent Hulsey responded to the hospital. Anderson was later pronounced deceased at Unity Health by medical personnel. Deputy Coroner Michael Watkins responded to the hospital and advised he would be sending Anderson to the Arkansas State Crime Lab (ASCL) for an autopsy and toxicology.

7. On December 4th, 2024, CADTF Agent Cody Hulsey and CADTF Agent Laurel Sexton made contact with the 911 caller/complainant, Angelia Robertson at her residence at 491 Foster Chapel Road (next door to 489 Foster Chapel). Robertson agreed to come to the Searcy Police Department and speak with Agents and give a statement pertaining to the fatal overdose.

8. Agent Laurel Sexton spoke with Robertson who stated she was on scene the night of the overdose. Robertson stated she received a text message from Regina STOKES who lives at 489 Foster Chapel Road advising her she had a bag of groceries. Robertson and her boyfriend Jason Hill walked to the driveway of 489 Foster Chapel where she met a pizza delivery driver from Papa John's pizza who was attempting to deliver a pizza to STOKES. Robertson stated she delivered the pizza to STOKES due to the pizza delivery

File Number: DTF 24-12-006                                  Crime: A/D/B/D

   driver not being able to drive her small car down the driveway.

9. Robertson stated she walked up to the camper trailer and observed a male she knew to be Aaron Anderson laying in the doorway of the camper and he appeared to be in medical distress. Roberston said he was gasping for air and struggling to breathe.

10. Brandon Stokes, Regina STOKES Husband, arrived at the camper a short time later. Robertson explained that Brandon Stokes had been staying with a friend named Alys Carmichael in Searcy.

11. Robertson said she was going to call emergency services but STOKES said, "he always does this." Roberston said after Brandon Stokes arrived, they tried to sit Anderson up and he was not responsive. She called 911 shortly after. After calling for emergency services, Jason Hill, Brandon Stokes, and Angelia Robertson stated Regina STOKES left the residence and did not return.

12. On December 4th, 2024, Agents made contact with Brandon Stokes at 401 W Vine Avenue (Arkansas Community Corrections) at approximately 11:00 a.m. Brandon Stokes was scheduled for a probation visit with his probation officer. Parole and Probation officers along with Agents from the CADTF went back to the residence of 489 Foster Chapel for a probation visit.

13. During the home visit Agents located two clear bags with a white crystal-like residue, a syringe, and white clear hollow straw with residue. Brandon Stokes was then detained and advised of his rights. Brandon Stokes stated the items located were not his.

14. On December 4th, 2024, Agents located Regina STOKES near the M Star hotel in Searcy. Regina STOKES stated she would speak with Agents at the Searcy Police Department about the overdose.

15. STOKES was read a statement of rights form and agreed to give a statement. STOKES stated Anderson came to her residence on December 3rd. STOKES said Anderson located a

small piece of aluminum foil and smoked fentanyl and soon after collapsed.

16. STOKES told Agents she got the fentanyl from a friend named Ray Hoffman and she smoked a small amount of it the night before Aaron came to her camper and overdosed.

17. STOKES said Ray Hoffman was present when she overdosed but didn't do anything to help her. STOKES told Agents Anderson came to her camper to get high because he was going into rehab the next day.

18. STOKES told Agents she purchased the methamphetamine that she and Anderson smoked from Teresa Spears (Hilden) at the M Star Motel in Searcy.

19. Agent Sexton and Hulsey located and spoke with Ray Hoffman. Hoffman said he was with Regina STOKES, Heather Laws, Travis Key, Teresa Hilden, and a few other people at the M-Star Hotel on the weekend of November 29-30.

20. Hoffman said he received his monthly check and rented a room. Hoffman stated STOKES borrowed money from him to purchase fentanyl from Teresa Hilden. Hoffman told Agents he is a meth user and not a fentanyl user.

21. Hoffman said on the night before Anderson's overdose he went to STOKES camper trailer and she was smoking fentanyl from foil. Hoffman said she passed out but was still breathing. Hoffman said he called STOKES husband Brandon and let him know what was going on. He said he waited with her until she came around and he left.

22. Agents called Papa Johns and spoke with delivery driver Kaylee (501-268-4468). Kaylee said she delivered a Papa John's Pizza on December 3, 2024 to 489 Foster Chapel Road in Searcy. Kaylee said when she arrived a lady and man met her at the driveway and offered to take the pizza to the end of the driveway because of the condition of the driveway / path to the residence. Kaylee said the lady that took the pizzas from her was on the phone with the lady that ordered them.

23. Kaylee told Agents she arrived at the address between 9:13 and left around 9:16 pm on December 3, 2024.

Page 5                 **17ᵀᴴ CENTRAL ARKANSAS DRUG TASK FORCE**
                           Investigative Summary Report

24. On December 5, 2024 Agents spoke with Brandon Stokes at the White County Detention Center. Brandon was read his statement of rights form and agreed to speak with Agents and give a statement.

25. B Stokes told agents he has been married to Regina STOKES for approximately 18 years. He said recently she has become addicted to fentanyl and has been difficult to live with. B Stokes said he often stays with his friend and band mate, Alys Carmichael.

26. B Stokes said he went to the camper trailer at 489 Foster Chapel Rd on December 3, 2024 and found Aaron Anderson laying partially outside the front door. He said he did not appear to be breathing. B Stokes said he tried to wake him but he was not responsive.

27. B Stokes said 911 was called and he waited until they arrived. B Stokes said after 911 was called Regina STOKES left walking in the woods and he did not see her again.

28. B Stokes recalled a phone call from Ray Hoffman on Monday, December 2, 2024 saying Regina STOKES had overdosed and he was concerned. B Stokes said Hoffman was able to get her to wake up.

29. On December 9, 2024 Agents spoke with Teresa Hilden at the Searcy Police Department. Hilden was read her statement of rights and agreed to speak with Agents and give a statement.

30. Hilden said she sold Regina STOKES $30.00 worth of powder fentanyl on or around the weekend of, November 29- December 1st, 2024 at the M Star Hotel in Searcy.

31. Hilden said she purchased the Fentanyl from her friend in Little Rock named Laquita Robinson. Hilden said she and Laquita drove to a location between Cedar and Pine Street and Laquita went inside the house and purchased approximately ½ gram of powder fentanyl for her. Hilden said the dealer charged her ½ gram for $60.00.

32. Hilden said she cut the fentanyl with Mira Lax before she sold it to Regina STOKES.

File Number: DTF 24-12-006                              Crime: A/D/B/D

33. Agent Cavin retrieved all exhibits located. Agent Cavin photographed, weighed, and field tested the suspected methamphetamine which showed to have an approximate gross total weight of 1.2 grams and field tested positive for methamphetamine.

## CUSTODY OF EVIDENCE

Evidence was received from the residence by Investigator Cody Hulsey, Investigator Andrew Davis, Investigator John Aska, and Investigator Laurel Sexton. Investigator Hulsey submitted all exhibits which will be secured and maintained at the Central Arkansas Drug Task Force (CADTF) evidence room in accordance to policy and procedures. All drug exhibits will be submitted to the Arkansas State Crime Lab (ASCL) for further analysis.

## EXHIBITS

CH-E1: Two clear bags with an off white crystallized/powder substance which field tested positive for methamphetamine.

CH-E2: One piece of burnt aluminum foil with possibly fentanyl residue.

CH-E3: One clear and orange capped syringe.

CH-E4: One hollow white ink pen with residue.

CH-E5: One clear and orange capped syringe.

## PHOTOS

CH-P1: Depicts exhibit (CH-E1).

CH-P2: Depicts exhibit (CH-E2).

CH-P3: Depicts exhibit (CH-E3).

CH-P4: Depicts exhibit (CH-E4).

CH-P5: Depicts exhibit (CH-E5).

## RECORDINGS

Interview of Angelia Robertson,
Interview of Regina Stokes,

File Number: DTF 24-12-006                              Crime: A/D/B/D

Page 7                17ᵀᴴ **CENTRAL ARKANSAS DRUG TASK FORCE**
                        Investigative Summary Report

Interview of Brandon Stokes,
Interview of Teresa Hilden,
Interview of Travis Key.

File Number: DTF 24-12-006                              Crime: A/D/B/D