# White County Sheriff's Dep[t]
## Incident Report

| Incident # | 24-02554 | | Report Date | 12/03/24 |
|---|---|---|---|---|
| Page | 1 of 4 | | Report Time | 9:40 PM |

| Status | Exception Clearance Date | Reporting Officer | ORI/Agency |
|---|---|---|---|
| Closed | Not Applicable | 1702 Malone, Kole N | AR0730000 |
| | Assigned Officer | Entered By / Approving Officer | |
| | | Kmalone / Jarry, Dan | |
| | Assisting Officers: Edwards, Jeremy R   Jarry, Daniel E | | |

## Complainant

| SSN/ID/TIN | Title | Name | DOB | Age | Sex | Resident Status |
|---|---|---|---|---|---|---|
| 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 | Mrs | Robertson, Angelia C | 02/18/1972 | 52 | F | Resident |

| Race | Ethnicity | DL (#, ST) | Email |
|---|---|---|---|
| White | Unknown | 919462412, AR | |

| Home Phone | Work Phone | Other Phone | Personal Cell | Work Cell |
|---|---|---|---|---|
| (501)827-7116 | (000)000-0000 x0 | (000)000-0000 | (000)000-0000 | (000)000-0000 |

| US Citizen | Legal Alien | Doc Type | Immig Doc # | Nationality |
|---|---|---|---|---|
| Yes | | | | |

| Home Address | Employer |
|---|---|
| 102 Farmer LN, Searcy, AR 72143 | N/A |
| Work Address | Occupation |
| | N/A |

AKA

## Offenses

| Incident Location | Zone |
|---|---|
| 489 Foster Chapel RD Searcy, AR 72143 | Center |

| Earliest Possible Date | Time | Latest Possible Date | Time |
|---|---|---|---|
| 12/03/2024 | 21:40 | 12/03/2024 | 22:27 |

| # | Statute/Code | Description | Fel/Misd | Att/Comp | Loc | Bias | Wpn | CATypes |
|---|---|---|---|---|---|---|---|---|
| 1 | SUSPECTED OVERDOSE | SUSPECTED OVERDOSE | Misd | Completed | 20 | 88 | 70 | |

| MO | Method Of Entry | # Prems |
|---|---|---|
| | n/a | 0 |

**Location Types**
- 01 Air/Bus/Train Terminal
- 02 Bank/S&L
- 03 Bar/Night Club
- 04 Church/Synag/Temple
- 05 Commercial/Off Bldg
- 06 Construction Site
- 07 Convenience Store
- 08 Dept/Discount Store
- 09 Drug Str/Dr Off/Hosp
- 10 Field/Woods
- 11 Govt/Public Bldg
- 12 Grocery/Supermarket
- 13 Hway/Road/Alley
- 14 Hotel/Motel
- 15 Jail/Prison
- 16 Lake/Waterway
- 17 Liquor Store
- 18 Parking Lot/Garage
- 19 Rental Storage Facility
- 20 Residence/Home
- 21 Restaurant
- 23 Service/Gas Station
- 24 Specialty Store
- 25 Unknown/Other
- 37 Abandoned/Condemned Structure
- 38 Amusement Park
- 39 Arena/Stadium/Fair grounds/Coliseum
- 40 ATM Separate from Bank
- 41 Auto Dealership New/Used
- 42 Camp/Campground
- 44 Daycare Facility
- 45 Dock/Wharf/Freight/Modal Terminal
- 46 Farm Facility
- 47 Gambling Facility/Casino/Race Track
- 48 Industrial Site
- 49 Military Installation
- 50 Park/Playground
- 51 Rest Area
- 52 School - College/University
- 53 School - Elementary/Secondary
- 54 Shelter - Mission/Homeless
- 55 Shopping Mall
- 56 Tribal Lands
- 57 Community Center
- 58 Cyberspace

**Bias Motivation Codes** ANTI-
- 11 White
- 12 Black or African American
- 13 American Indian or Alaska Native
- 14 Asian
- 15 Multi-races, Group
- 16 Native Hawaiian or Other Pacific Islander
- 21 Jewish
- 22 Catholic
- 23 Protestant
- 24 Islamic (Muslim)
- 25 Other Religion
- 26 Multi-religious group
- 27 Atheist/Agnostic
- 31 Arab
- 32 Hispanic or Latino
- 33 Not Hispanic or Latino
- 41 Gay (male)
- 42 Lesbian
- 43 Lesbian, Gay, Bisexual, or Transgender, Mixed Group (LGBT)
- 44 Heterosexual
- 45 Bisexual
- 51 Phys Disability
- 52 Mental Disability
- 61 Male
- 62 Female
- 71 Transgender
- 72 Gender Non-Conforming
- 88 None
- 99 Unknown

| Suspected Of Using | Criminal Activity Types | Weapon Type(s) |
|---|---|---|
| Drugs | B Buying/Receiving  C Cultivating/Manuf/Publishing  P Possessing/Concealing  O Operating/Promoting/Assisting  D Distributing/Selling  T Transport/Import/Transmit  E Exploiting Children  U Using/Consuming  A Simple/Gross Neglect  I Intentional Abuse & Torment  F Organized Abuse  S Sexual Animal Abuse | 11 Firearm (Auto)  12 Handgun (Auto)  13 Rifle (Auto)  14 Shotgun (Auto)  15 Other Firearm  20 Knife/Cutting Instr  30 Blunt Object  35 Motor Vehicle  40 Personal Weapons  50 Poison  60 Explosives  65 Fire/Incendiary Device  70 Drugs/Narc./Sleeping Pills  85 Asphyxiation  90 Other  95 Unknown  99 None |

Copyright Relativity Inc.© - RPS(Relativity Public Safety)
Printed : 12/11/2024 8:36:29 AM

# White County Sheriff's Dep
## Incident Report

| | | |
|---|---|---|
| Incident # 24-02554 | Report Date | 12/03/24 |
| Page 2 of 4 | Report Time | 9:40 PM |

### Victim #1

Event #s Related:

| SSN/ID/TIN | Title | Name | DOB | Age | Sex | Resident Status |
|---|---|---|---|---|---|---|
| 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 | Mr | Anderson, Aaron Kristopher | 04/02/1990 | 34 | M | Resident |

| Race | Ethnicity | DL (#, ST) | Email |
|---|---|---|---|
| White | Not Hispanic/Latino | 925649427, AR | |

| Home Phone | Work Phone | Other Phone | Personal Cell | Work Cell |
|---|---|---|---|---|
| (501)278-1952 | | | | |

| US Citizen | Legal Alien | Doc Type | Immig Doc # | Nationality |
|---|---|---|---|---|
| Yes | | | | |

| Home Address | Employer |
|---|---|
| 489 Foster Chapel RD, Searcy, AR 72143 | Unemployed |

| Work Address | Occupation |
|---|---|
| | N/A |

| AKA |
|---|
| N/A |

| Victim Type | Injury Type | Aggravated Assault/Homicide Circumstances | Relationship To Suspect |
|---|---|---|---|
| Individual | None, | None | |

| Justifiable Homicide Circumstances | Taken to: (Hospital Name) |
|---|---|
| None | |

Injury Description

---

*Copyright Relativity Inc.© - RPS(Relativity Public Safety)*

Printed : 12/11/2024 8:36:29 AM

| Incident # | 24-02554 | | White County Sheriff's Dep | | Report Date | 12/03/24 |
|---|---|---|---|---|---|---|
| Page | 3 of 4 | | Incident Report | | Report Time | 9:40 PM |

### Witness #1

| SSN/ID/TIN | Title | Name | DOB | Age | Sex | Resident Status |
|---|---|---|---|---|---|---|
| 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 | Mr | Stokes, Brandon Wayne | 12/04/1974 | 49 | M | Resident |

| Race | Ethnicity | DL (#, ST) | Email |
|---|---|---|---|
| White | Not Hispanic/Latino | 911532063, AR | |

| Home Phone | Work Phone | Other Phone | Personal Cell | Work Cell |
|---|---|---|---|---|
| (501)279-2535 | | (501)593-3185 | | |

| US Citizen | Legal Alien | Doc Type | Immig Doc # | Nationality |
|---|---|---|---|---|
| Yes | | | | |

| Home Address | Employer |
|---|---|
| 489 Foster Chapel RD, Searcy, AR 72143 | Unemployed |

| Work Address | Occupation |
|---|---|
| | N/A |

AKA

### Witness #2

| SSN/ID/TIN | Title | Name | DOB | Age | Sex | Resident Status |
|---|---|---|---|---|---|---|
| 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 | Mr | Hill, Jason S. | 04/14/1982 | 42 | M | Resident |

| Race | Ethnicity | DL (#, ST) | Email |
|---|---|---|---|
| White | Not Hispanic/Latino | 923453347, AR | |

| Home Phone | Work Phone | Other Phone | Personal Cell | Work Cell |
|---|---|---|---|---|
| (870)509-0927 | | | | |

| US Citizen | Legal Alien | Doc Type | Immig Doc # | Nationality |
|---|---|---|---|---|
| Yes | | | | |

| Home Address | Employer |
|---|---|
| 2271 Holmes RD, Searcy, AR 72143 | Walmart |

| Work Address | Occupation |
|---|---|
| | |

AKA
N/A

### Witness #3

| SSN/ID/TIN | Title | Name | DOB | Age | Sex | Resident Status |
|---|---|---|---|---|---|---|
| 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 | Mrs | Robertson, Angelia C | 02/18/1972 | 52 | F | Resident |

| Race | Ethnicity | DL (#, ST) | Email |
|---|---|---|---|
| White | Unknown | 919462412, AR | |

| Home Phone | Work Phone | Other Phone | Personal Cell | Work Cell |
|---|---|---|---|---|
| (501)827-7116 | (000)000-0000 x0 | (000)000-0000 | (000)000-0000 | (000)000-0000 |

| US Citizen | Legal Alien | Doc Type | Immig Doc # | Nationality |
|---|---|---|---|---|
| Yes | | | | |

| Home Address | Employer |
|---|---|
| 102 Farmer LN, Searcy, AR 72143 | N/A |

| Work Address | Occupation |
|---|---|
| | N/A |

AKA

### Narrative & Statements

**Narrative - Malone, Kole N - 12/3/2024 11:56:07 PM (Initial)**

On Tuesday, December 3, 2024, I was dispatched to 489 Foster Chapel Rd in reference to a possible overdose. When I arrived on scene, multiple people: a Mr. Brandon Stokes, Mr. Jason Hill, and Mrs. Angelia Robertson were all directing over to the front of the camper where I observed Mr. Aaron Anderson on the ground not moving or breathing. I asked the people on scene what happened, and they advised it was a suspected fentanyl overdose and he was seen alive and breathing but gasping for air minutes before deputies arrived. I administered one dose of Narcan with no effect, and then immediately began to perform CPR on Mr. Anderson. I continued CPR on Mr. Anderson until NorthStar arrived on scene. NorthStar then took over life saving measures.

Case 4:25-cr-00210-KGB   Document 37-3   Filed 12/03/25   Page 4 of 4

| Incident # | 24-02554 | **White County Sheriff's Dep** | Report Date | 12/03/24 |
|---|---|---|---|---|
| Page | 4 of 4 | Incident Report | Report Time | 9:40 PM |

**Narrative & Statements**

**Narrative - Malone, Kole N - 12/3/2024 11:56:07 PM (Initial)**

NorthStar transported Mr. Anderson to Unity Hospital.

CID Conlee Busselle and DTF Cody Hulsey responded Unity ER.

403 Michael Watkins was the responding coroner to Unity Health.